IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAIDEN MICHELLE RENEE FERGUSON**                                                **PLAINTIFF**

v.                          Case No. 3:16-cv-00229 KGB/PSH

**PATRICIA MARSHALL**, *et al.*                                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Jaiden Michelle Renee Ferguson's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 6th day of December, 2016.

*[signature]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE