IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAIDEN MICHELLE RENEE FERGUSON**                                     **PLAINTIFF**

v.                    Case No.: 3:16-cv-00229 KGB/PSH

**PATRICIA MARSHALL,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this same date, judgment is entered dismissing this case without prejudice; the relief requested is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 6th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE